FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 26 2011 ★
BROOKLYN OFFICE

The application is ☒ granted. ☐ denied.
SO ORDERED.

_____
Sandra L. Townes, U.S.D.J.
Dated: July 22, 2011
Brooklyn, New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES                *    DOCKET NO. 11CR5 (SLT)

v.                           *

VITO CORTESIANO              *    JULY 16TH, 2011

MOTION TO MODIFY CONDITIONS OF PRE TRIAL RELEASE

1.

Mr. Cortesiano's conditions of Pre Trial release prohibit him from travelling outside of the Eastern and Southern Districts of New York without prior approval.

2.

Mr. Cortesiano's and his fiancée have had scheduled a short trip to celebrate his cousin's 1st birthday. It will be held on July 23rd, 2011 at the carousel Plaza at the Turtle Back Zoo in West Orange, New Jersey.

3.

Mr. Cortesiano has been in constant contact with undersigned, has appeared in court at all scheduled proceedings promptly and has complied with all requests from Pre Trial services. I consulted with his Pre Trial Services Officer, Alfonso Fernandez, and the Assistant

United States Attorney representing the government, Mr. Norris, and they do not object to this request.

4.

Therefore, I am seeking a limited modification allowing Mr. Cortesiano to travel to the District of New Jersey as described above on July 23rd, 2011 to celebrate his infant cousin's first birthday. He will be travelling with Miss Ana Arrigo (his fiance) and no co-defendants or potential witnesses will be on this trip. Mr. Cortesiano stands innocent of the crimes charged and has pled Not Guilty, thus it is in the interests of justice and equity to allow him to travel on these dates and these dates only.

5.

I have contacted the Assistant United States Attorney and he has no objection to this limited request being granted. He and I also agree this is a limited request and any other travel and/or modification will be applied for

separately.

RESPECTFULLY SUBMITTED,
s/J. Patten Brown, III
J. PATTEN BROWN, III
Law Offices of Pat Brown
110 Wall Street, 11th Floor
New York, NY 10005

757 West Main Street
New Britain, CT 06053
(860) 223-3355
fax: (860) 827-8459
jpb@patbrownlaw.com
Ct Fed Bar No. ct27633
TN BPR No. 021970
La. Bar Roll No. 21503
NY Reg. No.  460891
