UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES | * | DOCKET NO. 11CR5 (SLT) |
| v. | * | |
| VITO CORTESIANO | * | SEPTEMBER 5TH, 2011 |

MOTION TO MODIFY CONDITIONS OF PRE TRIAL RELEASE

1.

Mr. Cortesiano's conditions of Pre Trial release prohibit him from travelling outside of the Eastern and Southern Districts of New York without prior approval.

2.

Mr. Cortesiano's and his family have scheduled a short trip they take on an annual basis Barto, Pennsylvania to visit and attend religious services at the National Centre-Padre Pio on September 25th, 2011. He wishes to travel to Barto, Pennsylvania to attend this religious service on and returning the same day.

3.

Mr. Cortesiano has been in constant contact with undersigned, has appeared in court at all scheduled proceedings promptly and has complied with all requests

from Pre Trial services.  Pre Trial Services does not object to this request.

4.

Therefore, I am seeking a limited modification allowing Mr. Cortesiano to travel to Barto, Pennsylvania and returning on September 25th, 2011.  He will be travelling with his immediate family and Miss Ana Arrigo (his fiancée) and no co-defendants or potential witnesses will be on this trip. Mr. Cortesiano stands innocent of the crimes charged and has pled Not Guilty, thus it is in the interests of justice and equity to allow him to travel on these dates and these dates only.

5.

I contacted the Assistant United States Attorney and he had no objection to this request. This is a limited request and will not constitute approval for any other

travel.

```
                              RESPECTFULLY SUBMITTED,
                              s/J. Patten Brown, III
                              J. PATTEN BROWN, III
                              Law Offices of Pat Brown
                              110 Wall Street, 11th Floor
                              New York, NY 10005

                              757 West Main Street
                              New Britain, CT 06053
                              (860) 223-3355
                              fax: (860) 827-8459
                              jpb@patbrownlaw.com
                              Ct Fed Bar No. ct27633
                              TN BPR No. 021970
                              La. Bar Roll No. 21503
                              NY Reg. No.  460891
```

CERTIFICATE OF SERVICE

I hereby certify that this Motion to Amend Conditions of Pre Trial Release by J. Patten Brown, III was forwarded electronically via the Court's electronic filing system to all counsel of record this 5th day of September, 2011.

```
           S/J. Patten Brown, III
            J. Patten Brown, III
               Attorney at Law
```