**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 0 8 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES | * | DOCKET NO. 11CR5 (SLT) |
| v. | * | |
| VITO CORTESIANO | * | SEPTEMBER 5TH, 2011 |

## MOTION TO MODIFY CONDITIONS OF PRE TRIAL RELEASE

1.

Mr. Cortesiano's conditions of Pre Trial release prohibit him from travelling outside of the Eastern and Southern Districts of New York without prior approval.

2.

Mr. Cortesiano's and his family have scheduled a short trip they take on an annual basis Barto, Pennsylvania to visit and attend religious services at the National Centre-Padre Pio on September 25th, 2011. He wishes to travel to Barto, Pennsylvania to attend this religious service on and returning the same day.

3.

Mr. Cortesiano has been in constant contact with undersigned, has appeared in court at all scheduled proceedings promptly and has complied with all requests

from Pre Trial services. Pre Trial Services does not object to this request.

4.

Therefore, I am seeking a limited modification allowing Mr. Cortesiano to travel to Barto, Pennsylvania and returning on September 25th, 2011. He will be travelling with his immediate family and Miss Ana Arrigo (his fiancée) and no co-defendants or potential witnesses will be on this trip. Mr. Cortesiano stands innocent of the crimes charged and has pled Not Guilty, thus it is in the interests of justice and equity to allow him to travel on these dates and these dates only.

5.

I contacted the Assistant United States Attorney and he had no objection to this request. This is a limited request and will not constitute approval for any other

The application is ✓ granted.
SO ORDERED.         ___ denied.

Sandra L. Townes, U.S.D.J.
Dated: September 7, 201
Brooklyn, New York

2

travel.

> RESPECTFULLY SUBMITTED,
> s/J. Patten Brown, III
> J. PATTEN BROWN, III
> Law Offices of Pat Brown
> 110 Wall Street, 11th Floor
> New York, NY 10005
>
> 757 West Main Street
> New Britain, CT 06053
> (860) 223-3355
> fax: (860) 827-8459
> jpb@patbrownlaw.com
> Ct Fed Bar No. ct27633
> TN BPR No. 021970
> La. Bar Roll No. 21503
> NY Reg. No.  460891

CERTIFICATE OF SERVICE

I hereby certify that this Motion to Amend Conditions of Pre Trial Release by J. Patten Brown, III was forwarded electronically via the Court's electronic filing system to all counsel of record this 5th day of September, 2011.

> S/J. Patten Brown, III
> J. Patten Brown, III
>    Attorney at Law