AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of New York

United States of America
Plaintiff (s),
V.
Vito Cortesiano
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 11-cr-005 (SLT)

Notice is hereby given that, subject to approval by the court, Vito Cortesiano (Party (s) Name) substitutes John A. Servider (Name of New Attorney), State Bar No. 2165322 as counsel of record in place of Jay Patten Brown III (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: John A. Servider, P.C.
Address: 65-12 69th Place, Middle Village, New York 11379
Telephone: (718) 894-6300 Facsimile (718) 894-4417
E-Mail (Optional): JServider@verizon.net

I consent to the above substitution.
Date: 1/23/2012

(Signature of Party (s))

I consent to being substituted.
Date:

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/23/2012

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**